AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:20-mj-01099-JMB |
| JERRELL WEST | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   APRIL 19, 2020   in the county of   ST. LOUIS COUNTY   in the
EASTERN   District of   MISSOURI   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2423(b) | Travel with intent to engage in criminal sexual activity with a minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Root, Special Agent

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   04/30/2020

*Judge's signature*

City and state:   St. Louis, Missouri   Honorable John M. Bodenhausen, U.S. Magistrate Judge

*Printed name and title*