UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 24 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20CR305 RWS/NCC |
| JERRELL WEST, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about April 19, 2020, in the Eastern District of Missouri and elsewhere,

**JERRELL WEST,**

the defendant herein, did knowingly travel in interstate commerce, from Forrest City, Arkansas to Saint Louis, Missouri, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

Dianna R. Collins, #59641
Assistant United States Attorney