UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:20CR00305 RWS |
| JERRELL WEST, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins and Colleen C. Lang, Assistant United States Attorneys, for said District, and submits the following proposed exhibit list:

| EX. # | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Minor Victim's iPhone | | |
| 2 | Minor Victim's bookbag | | |
| 3 | Minor Victim's sex kit (outer box) | | |
| 3A | Box containing two vaginal swabs -- semen, male and female DNA | | |
| 3B | Box containing two external genital swabs -- semen, male and female DNA | | |
| 3C | Box containing two pubic swabs -- female DNA only | | |
| 3D | Box containing two rectal swabs -- semen, male and female DNA | | |
| 3E | Box containing two right breasts swabs -- no DNA | | |

| EX. # | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 3F | Box containing two left neck swabs -- male and female DNA | | |
| 3G | Box containing two left neck swabs -- male DNA | | |
| 3H | Box containing two right neck swabs -- no DNA | | |
| 3I | Box containing buccal swab of victim | | |
| 3J | Box containing pubic hair combings | | |
| 3K | Paperwork re: sexual assault kit | | |
| 4 | Minor Victim's clothing | | |
| 5 | Search Warrant & Return re: Precision Location Information re: 773-746-6966, dated 4/20/20, Cause No. 4:20MJ6103 PLC | | |
| 6 | Search Warrant & Return re: Historical Data re: 773-746-6966, dated 4/21/20, Cause No. 4:20MJ105 DDN | | |
| 7 | CD containing Sprint response to Search Warrant re: Hx Data re: 773-746-6966   (.zip = all files) | | |
| 7-1 | CD containing selected files (Ex. 7A-7J) from Sprint response | | |
| 7A | Certificate from Sprint re: Hx Data records for 773-746-6966 | | |
| 7B | Sprint Letter re: subscriber information for 773-746-6966 | | |
| 7C | PCMD Records for 773-746-6966 | | |
| 7D | Call Records for PTN 773-746-6966 | | |
| 7E | Tower Records for PTN 773-746-6966 | | |
| 7F | PCMD Recrods for 90 days Voice PTN 773-746-6966 | | |
| 7G | Prepaid Payment History Report re: 773-746-6966 | | |
| 7H | LTE Data Records for PTN 773-746-6966 | | |
| 7I | Cell Site Locations for NEID 206 Nashville | | |

| EX. # | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 7J | Cell Site Locations for NEID 213 Kansas City | | |
| 8 | CD containing Ozora Travel Plaza Center's CCTV surveillance videos (all) | | |
| 8A | Certification for CD containing Ozora Travel Plaza Center's CCTV surveillance videos (all) | | |
| 8B | DVD containing Ozora Travel Plaza Center's CCTV surveillance videos re: arrival ("Ex. 8C") & departure ("Ex. 8D"), 4/19/20 | | |
| 8C | CCTV video re: arrival 4/19/20, 10:34:40 a.m. | | |
| 8D | CCTV video re: departure 4/19/20, 10:57:13 a.m. | | |
| 9 | Certified copy of J. West's Arkansas driver's license and vehicle registration | | |
| 10 | Photo Lineup - unredacted | | |
| 10A | Photo Lineup -Redacted | | |
| 10B | Photo Lineup - initialed | | |
| 11 | Defendant's black ZTE phone | | |
| 12 | Defendant's white and silver iPhone | | |
| 13 | Certified copy of Minor Victim's BJC medical records | | |
| 13A | Redacted version of Certified copy of Minor Victim's BJC medical records | | |
| 14 | Search Warrant & Return re: black ZTE N9120 phone, dated 7/15/20, Cause No. 4:20MJ6155 PLC | | |
| 15 | Search Warrant & Return re: white and silver iPhone A1634, dated 7/15/20, Cause No. 4:20MJ6154 PLC | | |
| 16 | DNA Report 2020-00888-4 – Redacted | | |
| 17 | DNA Report 2020-00888-7 – Redacted | | |

| EX. # | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 18 | Search Warrant & Return re: buccal swabs - J. West, dated 6/24/21, Cause No. 4:21MJ1269 JMB | | |
| 19 | Buccal swabs (Q-tips) - J. West | | |
| 20 | DNA Report 2020-00888-9 -- Redacted | | |
| 20A | DNA Report 2020-00888-9 1A -- Redacted | | |
| 21 | Certified copy of EBT Transactional Report | | |
| 22 | Certified copy of Minor Victim's Birth Certificate | | |
| 22A | Redacted version of Certified copy of Minor Victim's Birth Certificate | | |
| 23 | USB containing Minor Victim's phone extraction (UFD.exe) | | |
| 23-1 | CD containing Summary exhibit re: extracted SMS text messages (xlsx), 4/19/20 - West & Victim ("Ex. 23A") and Photo from Social Media post (IMG_0854.jpg) extracted from Minor Victim's iPhone ("Ex. 23B") | | |
| 23A | Summary exhibit re: extracted SMS text messages (xlsx), 4/19/20 - West & Victim   -- Redacted | | |
| 23B | Photo from Social Media post (IMG_0854.jpg) extracted from Minor Victim's iPhone | | |
| 24 | CD containing Certification of Authenticity (.pdf) and audio files (.wav) of J. West's jail calls - Ste. Genevieve County Jail | | |
| 24A | Certification of Authenticity re: CD containing audio files (.wav) of J. West's jail calls - Ste. Genevieve County Jail | | |
| 25 | Curriculum vitae - Bastian Freund | | |
| 26 | CAST Report | | |
| 27 | Curriculum vitae - Tiffany Smith | | |
| 28 | Stipulation of CAC Interviews - signed by parties | | |

| EX. # | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 28A-1 | DVD containing CAC Interview - Session #1 - 4/19/20 | | |
| 28A-2 | DVD containing CAC Interview - Session #2 - 4/23/20 | | |
| 29 | CAC Interview No. 1 - 4/19/20 | | |
| 29A | Transcript of CAC Interview No. 1 - 4/19/20 | | |
| 30 | CAC Interview No. 2 - 4/23/20 | | |
| 30A | Transcript of CAC Interview No. 2 - 4/23/20 | | |
| 31 | CAC Notes - Forensic Interview - Redacted (victim's notes) | | |
| 32 | Curriculum vitae - Anthony Harper | | |
| 33 | Certified copy of Save-a-Lot receipt | | |

The Government also reserves the right to submit additional exhibits should it become necessary.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

s/ Dianna Collins
DIANNA COLLINS, #59641MO
COLLEEN LANG, #56872MO
Assistant United States Attorneys
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, the foregoing was filed electronically with the Clerk of the Court and will be served via emailed, to the following non-participant(s) in Electronic Case Filing:

Brocca Morrison
Kayla Williams
Asst. Federal Public Defenders
(Attorneys for defendant West)

s/ Dianna Collins
DIANNA COLLINS, #59641MO
COLLEEN LANG, #56872MO
Assistant United States Attorneys